# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM BAZZELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 4:07-CV-1104 CAS |
| v. ) | |
| ) | |
| DIKAR S. COOP, LTD., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on plaintiffs' Motion for Leave to Substitute a Party and File a First Amended Complaint. Defendants Blackpowder Products, Inc. and Connecticut Valley Arms have no objection to the motion. For the following reasons, the Court will grant the motion.

On June 8, 2007, plaintiffs filed a complaint against, among others, defendants Blackpowder Products, Inc. and Connecticut Valley Arms. Plaintiffs alleged these two defendants were the importers and distributors of the muzzleloader at issue in this case. Plaintiffs have since learned that D.C. 1980, Inc. is the actual importer and distributor of the muzzleloader. Plaintiffs seek to substitute D.C. 1980, Inc. for defendants Blackpowder Products, Inc. and Connecticut Valley Arms and file a first amended complaint.

Leave to amend is to be freely granted under Federal Rule of Civil Procedure 15(a). Plaintiffs filed their motion for leave before the deadline for filing such motion had passed under the case management order. The Court has reviewed plaintiffs' proposed first amended complaint and finds that it meets the pleading requirements of Federal Rule of Civil Procedure 8(a). As a result, the Court will grant plaintiffs' motion for leave to substitute a party and file the first amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' Motion for Leave to Substitute Party and File First Amended Complaint is **GRANTED**. [Doc. 28]

**IT IS FURTHER ORDERED** that the Clerk of Court shall detach and file plaintiffs' First Amended Complaint, which was submitted as an attachment to their motion for leave.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this    14th    day of January, 2008.