**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM BAZZELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIKAR, S. COOP. LTD., a foreign corporation,<br><br>and<br>Wal-Mart Stores, Inc., d/b/a Wal-Mart,<br><br>and<br>Sam's West, Inc., d/b/a Sam's Club<br><br>and<br>D.C. 1980, Inc.<br><br>Defendants. | Case No. 4:07-CV-1104 CAS |

**MOTION TO WITHDRAW**

COME NOW Plaintiffs William and Toni Bazzell and for their Motion to Withdraw state to the Court as follows:

1. On September 26, 2008 Plaintiffs filed their Motion to Enforce Settlement and for Sanctions.

2. Defendants Dikar and DC 1980, Inc. have met their resolution obligations.

3. Plaintiffs wish to withdraw their Motion to Enforce Settlement and for Sanctions.

WHEREFORE, Plaintiffs request this Court's Order allowing withdrawal of their Motion to Enforce and for Sanctions, or denying it as moot.

Date: October 3, 2008

**/s/ Morry S. Cole**
Morry S. Cole Bar Number: 77854
Attorney for Plaintiffs
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101
(314) 241-5620
Fax: (314) 241-4140
Email: mcole@grgpc.com

SO ORDERED,

______________________________
The Honorable Charles A. Shaw

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Mr. James E. Whaley
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101
jwhaley@bjpc.com
Attorney for Wal-Mart Stores, Inc., Sam's Wholesale Club

Mr. David L. Coffman
Mr. David A. Fitzpatrick
Lewis, Rice & Fingersh, L.L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102-2147
dcoffman@lewisrice.com
Attorneys for Dikar S. Coop., Ltd.

Mr. James E. Singer
Bovis, Kyle & Burch, LLC
200 Ashford Center North, Suite 500
Atlanta, GA 30338-2668
jes@boviskyle.net
Attorney for Dikar S. Coop., Ltd.

I hereby certify that on October 3, 2008, the foregoing was served upon the parties by first-class mail by the United States Postal Service to the following non-participants in Electronic Case Filing:

**/s/ Morry S. Cole**
Morry S. Cole Bar Number: 77854
Attorney for Plaintiffs
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101
(314) 241-5620
Fax: (314) 241-4140
Email: mcole@grgpc.com