**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

WILLIAM BAZZELL, et al.,

Plaintiffs,

v.

DIKAR, S. COOP. LTD., a foreign corporation,

and
Wal-Mart Stores, Inc., d/b/a Wal-Mart,

and
Sam's West, Inc., d/b/a Sam's Club

and
D.C. 1980, Inc.

Defendants.

Case No. 4:07-CV-1104 CAS

**STIPULATED DISMISSAL WITH PREJUDICE**

COME NOW the parties hereto, by and through their respective attorneys, and pursuant to Rule 41 (a)(1), Fed.R.Civ.P., and hereby stipulate and agree that the parties have reached a resolution of the above-referenced action and as a result the above-referenced action may and shall be dismissed with prejudice, with each party to bear its own costs and attorneys fees.

Date: October 14, 2008

**/s/ Morry S. Cole**
Morry S. Cole Bar Number: 77854
Attorney for Plaintiffs
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101
(314) 241-5620
Fax: (314) 241-4140
Email: mcole@grgpc.com

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Mr. James E. Whaley
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101
jwhaley@bjpc.com
Attorney for Wal-Mart Stores, Inc., Sam's Wholesale Club

Mr. David L. Coffman
Mr. David A. Fitzpatrick
Lewis, Rice & Fingersh, L.L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102-2147
dcoffman@lewisrice.com
Attorneys for Dikar S. Coop., Ltd.

Mr. James E. Singer
Bovis, Kyle & Burch, LLC
200 Ashford Center North, Suite 500
Atlanta, GA 30338-2668
jes@boviskyle.net
Attorney for Dikar S. Coop., Ltd.

I hereby certify that on October 14, 2008, the foregoing was served upon the parties by first-class mail by the United States Postal Service to the following non-participants in Electronic Case Filing:

**/s/ Morry S. Cole**
Morry S. Cole Bar Number: 77854
Attorney for Plaintiffs
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101
(314) 241-5620
Fax: (314) 241-4140
Email: mcole@grgpc.com