**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

So Ordered
CAS
10/15/08

WILLIAM BAZZELL, et al.,

Plaintiffs,

v.

Case No. 4:07-CV-1104 CAS

DIKAR, S. COOP. LTD., a foreign corporation,

and
Wal-Mart Stores, Inc., d/b/a Wal-Mart,

and
Sam's West, Inc., d/b/a Sam's Club

and
D.C. 1980, Inc.

Defendants.

## STIPULATED DISMISSAL WITH PREJUDICE

COME NOW the parties hereto, by and through their respective attorneys, and pursuant to Rule 41 (a)(1), Fed.R.Civ.P., and hereby stipulate and agree that the parties have reached a resolution of the above-referenced action and as a result the above-referenced action may and shall be dismissed with prejudice, with each party to bear its own costs and attorneys fees.

Date: October 14, 2008

**/s/ Morry S. Cole**
Morry S. Cole Bar Number: 77854
Attorney for Plaintiffs
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101
(314) 241-5620
Fax: (314) 241-4140
Email: mcole@grgpc.com